UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GREGORY CARTERON,                                :

        Plaintiff,                      :         17 Civ. 88 (GWG)

  -v.-                                                      :         <u>ORDER</u>

UNITED STATES OF AMERICA,              :

        Defendant.                    :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      This Order is to inform the parties that the Court will not conduct in-Courtroom proceedings until the week of April 19, 2021. The Court has extensive availability that week and in the following weeks (other than the week of April 26, 2021, June 7-25, 2021, and the week of July 12, 2021).

      The parties may choose to proceed on April 7 by remote means provided they arrange for a reliable video platform that allows a dial-in number for the public. If the parties prefer an in-Court proceeding, they may propose dates (which need not be consecutive) for an in-Court trial starting on April 19, 2021, and/or for any available dates thereafter   The parties may also choose to proceed partially by video and partially in-person if they prefer to maintain any of the existing trial dates (April 7, 8, 9) for certain witnesses and prefer in-person dates for other witnesses.

      The parties shall consult and make proposals by means of a jointly-filed letter at their convenience.

      SO ORDERED.

Dated: March 15, 2021
       New York, New York

                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge