UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GREGORY CARTERON,                              :

        Plaintiff,                         :        <u>ORDER</u>
                                                      17 Civ. 88 (GWG)
-v.-                                                        :

UNITED STATES OF AMERICA,                  :

        Defendant.                       :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The trial in this matter will start at 9:30 a.m. on Wednesday, April 7, 2021. The public may attend by audio by dialing as follows: +1-415-527-5035; code 1998722961##

      Any recording or dissemination of any portion of the proceeding in any form is forbidden.

      SO ORDERED.

Dated: April 1, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge