UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREGORY CARTERON,                                :

                Plaintiff,              :       ORDER DIRECTING ENTRY
                                                OF JUDGMENT
                                                17 Civ. 88 (GWG)
     -v.-                                  :

UNITED STATES OF AMERICA,            :

                Defendant.            :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Today, the Court read into the record findings of fact and conclusions of law pursuant to Fed. R. Civ. P. 52(a)(1) and made an award to plaintiff of $398,614.33.  The Clerk is directed to enter judgment in favor of plaintiff in the amount of $398,614.33, and to close this case.

      SO ORDERED.

Dated:  April 12, 2021
        New York, New York

                                                           _____
                                                           GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge