**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GREGORY CARTERON,

                Plaintiff,                       17 **CIVIL** 88 (GWG)

      -against-                          **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 12, 2021, on April 12, 2021, the Court read into the record findings of fact and conclusions of law pursuant to Fed. R. Civ. P. 52(a)(1) and made an award to plaintiff of $398,614.33. Judgment is entered in favor of plaintiff in the amount of $398,614.33, and this case is closed.

**Dated:** New York, New York
         April 13, 2021

                                                           **RUBY J. KRAJICK**
                                                           Clerk of Court
                                        BY:
                                                            **Deputy Clerk**